IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELVIN JOEL TYRONE SCOTT				PLAINTIFF
ADC # 158250

v.			CASE NO. 3:17-CV-00259 BSM

POINSETT COUNTY JAIL, et al.				DEFENDANTS

# ORDER

The partial recommended disposition [Doc. No. 4] submitted by United States Magistrate Judge Joe J. Volpe has been received. Plaintiff Elvin Scott has not submitted objections. After careful review of the record, the partial recommended disposition is hereby adopted in its entirety. Accordingly, Scott is allowed to proceed on his claims of confinement conditions regarding nutritionally inadequate meals, book-in kits, and out-of-cell time; Scott's claims regarding his bond, public defender, and the grievance process are dismissed without prejudice because they are factually unrelated to one another and unsuited for prosecution in a single action against multiple defendants pursuant to Fed. R. Civ. P 20(a)(2); and defendants Poinsett County Jail and Ron Hunter are dismissed from this action without prejudice. Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE